**FILED**

10/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0094

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0094

_____

CINDY FUSON,

      Plaintiff and Appellant,

  v.                           O R D E R

CHS INC., and DOES 1-5,

      Defendants and Appellees.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert G. Olson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 4 2023